UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SA'RAYA HARDEN, | : | Civil No. 3:23-cv-01631 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | (Magistrate Judge Schwab) |
| | : | |
| WEST SIDE CAREER AND | : | |
| TECHNOLOGY CENTER, *et al.*, | : | |
| | : | |
| Defendants. | : | |

### ORDER
February 27, 2024

**IT IS ORDERED** that:

1. A telephonic case management conference will be held in the above-captioned case on **March 27, 2024, at 11:00 a.m.** Counsel for the plaintiff shall initiate the call, ensuring that all parties are on the telephone line before contacting the court at (717) 221-3980. The primary purpose of this conference will be to establish case management deadlines to enable this action to go forward as efficiently as possible.

2. Participation in this conference by counsel or by pro se litigants is **mandatory**. If a party is unable to participate in the conference, that party shall notify the Court two business days in advance of the date of the conference by

contacting the undersigned's Deputy Clerk, Amanda Endy, at (717) 221-3941 or by email at Amanda_Endy@pamd.uscourts.gov.

    3.  After the case management conference, the Court will issue a case management order setting forth the case management dates established at the conference.  The parties are advised that once the deadlines have been established, extensions of those time periods will not be granted except for good cause.

                                                  ***S/Susan E. Schwab***
                                                  Susan E. Schwab
                                                  United States Magistrate Judge