UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SA'RAYA HARDEN, | : | CIV. NO. 3:23-CV-01631 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | (Magistrate Judge Schwab) |
| | : | |
| WEST SIDE CAREER AND TECHNOLOGY CENTER, *et al.*, | : : | |
| | : | |
| Defendants. | : | |

# ORDER
August 2, 2024

For the reasons set forth in the memorandum opinion, **IT IS ORDERED** that the pending motion to dismiss (*doc. 8*) is **GRANTED IN PART**, and the Title IX claims against the District are dismissed.  **IT IS FURTHER ORDERED** that Harden may file an amended complaint amending the dismissed claims on or before **August 30, 2024**.  Finally, **IT IS ORDERED** that the pending motion to dismiss (*doc. 8*) is **DISMISSED** in all other respects.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge