| | |
|---|---|
| SA'RAYA HARDEN, ADMINISTRATOR OF THE ESTATE OF ADREYA HARDEN<br>　　　　Plaintiff,<br><br>v.<br><br>WEST SIDE CAREER AND TECHNOLOGY CENTER, WYOMING VALLEY SCHOOL DISTRICT, RICHARD RAVA in his individual capacity, and DOE(S) 1-10,<br>　　　　Defendants. | IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA<br><br>CIVIL ACTION – LAW<br>JURY TRIAL DEMANDED<br><br>No. 3:23-cv-01631 |

## DEFENDANTS WEST SIDE CAREER AND TECHNOLOGY CENTER, WYOMING VALLEY SCHOOL DISTRICT, AND RICHARD RAVA'S MOTION FOR SUMMARY JUDGMENT

Defendants, West Side Career and Technology Center, Wyoming Valley School District, and Richard Rava (collectively, the "School Defendants"), by and through their attorneys, King, Spry, Herman, Freund & Faul, LLC, move for summary judgment ("Motion"), or, alternatively, partial summary judgment, as to all claims against them alleged by Plaintiff, Sa'Raya Harden, Administrator of the Estate of Adreya Harden. The School Defendants shall file their Brief in Support of this Motion, which shall be adopted and incorporated herein, in accordance with L.R. 7.5.

WHEREFORE, the School Defendants respectfully request this Honorable Court to grant summary judgment in their favor. Alternatively, the School

{01386705}　　　　　　　　　　　　　　　1

Defendants requests any such relief that this Honorable Court deems necessary and/or just or to which the School Defendants are justly entitled.

                                         Respectfully submitted,
                                         KING, SPRY, HERMAN, FREUND & FAUL, LLC

Dated: December 2, 2024        By: /s/ *Alyssa M. Hicks*
                                         John E. Freund, III, Esq.
                                         Attorney I.D. No. 25390
                                         Alyssa M. Hicks, Esq.
                                         Attorney I.D. No, 325722
                                         One West Broad Street, Suite 700
                                         Bethlehem, Pennsylvania 18010
                                         (610) 332-0390
                                         *Attorneys for West Side Career and Technology Center, Wyoming Valley West School District, and Richard Rava*

## CERTIFICATE OF SERVICE

The undersigned attorney for the Defendants hereby certifies that a true and correct copy of the foregoing document has been electronically filed and is available for viewing and downloading from the ECF system in accordance with the local Federal Rules of Civil Procedure and has been served electronically upon the following counsel of record on this day addressed as follows:

Nathaniel L. Foote, Esq.
nate@vca.law
Ryan P. Dickinson, Esq.
ryan@vca.law
Andreozzi & Foote
4503 North Front Street
Harrisburg, PA 17110

DATE: December 2, 2024                         By: */s/ Alyssa M. Hicks*
                                               Alyssa M. Hicks, Esquire

{01386705}                          3