UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SA'RAYA HARDEN, | : | CIV. NO. 3:23-CV-01631 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | (Magistrate Judge Schwab) |
| | : | |
| WEST SIDE CAREER AND | : | |
| TECHNOLOGY CENTER, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# ORDER
September 15, 2025

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the motion for summary judgment (*doc. 35*) is **GRANTED IN PART** insofar as we will grant summary judgment on all claims against the School District and Tech.  **IT IS FURTHER ORDERED** that the motion for summary judgment (*doc. 35*) is **DENIED IN PART** insofar as we will deny summary judgment on all claims against Principal Rava. The Clerk of Court is instructed to not enter judgment until the entire case has been resolved.

2

**IT IS ALSO ORDERED** that a telephone conference with the parties is scheduled for **October 8, 2025, at 10:30 a.m.**  Counsel for the plaintiff shall initiate the call to Chambers at (717) 221-3980, once all counsel are on the line and prepared to proceed.

<u>*S/Susan E. Schwab*</u>
Susan E. Schwab
United States Magistrate Judge