| | |
|---|---|
| SA'RAYA HARDEN, ADMINISTRATOR OF THE ESTATE OF ADREYA HARDEN, Plaintiff<br><br>v.<br><br>WEST SIDE CAREER AND TECHNOLOGY CENTER, WYOMING VALLEY SCHOOL DISTRICT, RICHARD RAVA in his individual capacity, and DOE(S) 1-10,<br>Defendants | IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA<br><br>CIVIL ACTION – LAW<br>JURY TRIAL DEMANDED<br><br>No. 3:23-CV-01631 |

**DEFENDANT'S MOTION TO WITHDRAW HIS MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING SUMMARY JUDGMENT AS TO PLAINTIFF'S CLAIMS AGAINST RICHARD RAVA**

Defendant, Richard Rava (hereafter "Defendant Rava"), through his attorneys, King, Spry, Herman, Freund & Faul, LLC, respectfully requests to withdraw the Motion for Reconsideration filed on September 30, 2025 (ECF No. 54) and Brief in Support filed on October 2, 2025 (ECF No. 55), as Defendant Rava no longer wishes to pursue reconsideration of the Court's Order dated September 15, 2025.

978348157.1

Date: October 14, 2025	Respectfully submitted,

	KING SPRY HERMAN
	FREUND & FAUL, LLC

	BY: _____
	John E. Freund, III, Esquire
	Attorney ID #25390
	Alyssa M. Hicks, Esquire
	Attorney ID #325722
	One West Broad Street, Suite 700
	Bethlehem, PA 18018
	Phone: (610)332-0390
	*Attorneys for Defendant*

**CERTIFICATE OF CONCURRENCE/NON-CONCURRENCE**

I certify that Plaintiff's counsel does concur with this motion.

              BY: _____
                     John E. Freund, III, Esquire
                     Attorney ID #25390
                     Alyssa M. Hicks, Esquire
                     Attorney ID #325722

Date: October 14, 2025

978348157.1

## CERTIFICATE OF SERVICE

The undersigned attorneys for Defendant hereby certify that a true and correct copy of the foregoing document has been electronically filed and is available for viewing and downloading from the ECF system in accordance with the local Federal Rules of Civil Procedure and has been served electronically upon the following counsel of record on this day addressed as follows:

Nathaniel L. Foote
nate@vca.law
Ryan Dickinson
ryan@vca.law
Andreozzi & Foote
4503 North Front Street
Harrisburg, PA 17110

Date: October 14, 2025

Respectfully submitted,

KING SPRY HERMAN
FREUND & FAUL, LLC

BY: _____
John E. Freund, III, Esquire
Attorney ID #25390
Alyssa M. Hicks, Esquire
Attorney ID #325722
One West Broad Street, Suite 700
Bethlehem, PA 18018
Phone: (610)332-0390
*Attorneys for Defendant*

978348157.1