| | |
|---|---|
| SA'RAYA HARDEN, ADMINISTRATOR OF THE ESTATE OF ADREYA HARDEN,<br>　　　　Plaintiff,<br><br>v.<br><br>RICHARD RAVA in his individual capacity,<br>　　　　Defendant. | IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA<br><br>CIVIL ACTION – LAW<br>JURY TRIAL DEMANDED<br><br>No. 3:23-CV-01631 |

# **DEFENDANT RICHARD RAVA'S NOTICE OF APPEAL**

Defendant, Richard Rava by and through his undersigned counsel, hereby appeals to the United States Court of Appeals for the Third Circuit from the Memorandum Opinion and Order, dated September 15, 2025, by the Honorable Susan E. Schwab, which granted in part and denied in part, Defendant's Motion for Summary Judgment, and specifically denied Defendant Richard Rava's qualified immunity, to which he should be entitled.

This appeal is taken from the United States District Court for the Middle District of Pennsylvania.

978346941.1

Date: October 15, 2025					Respectfully submitted,

										KING SPRY HERMAN
										FREUND & FAUL, LLC

									BY:	*[signature: John E. Freund]*
										John E. Freund, III, Esquire
										Attorney ID #25390
										Alyssa M. Hicks, Esquire
										Attorney ID #325722
										One West Broad Street, Suite 700
										Bethlehem, PA 18018
										Phone: (610)332-0390
										*Attorneys for Defendant*

978346941.1

## CERTIFICATE OF SERVICE

The undersigned attorneys for Defendant hereby certify that a true and correct copy of the foregoing document has been electronically filed and is available for viewing and downloading from the ECF system in accordance with the local Federal Rules of Civil Procedure and has been served electronically upon the following counsel of record on this day addressed as follows:

Nathaniel L. Foote
nate@vca.law
Ryan Dickinson
ryan@vca.law
Andreozzi & Foote
4503 North Front Street
Harrisburg, PA 17110

Date: October 15, 2025

Respectfully submitted,

KING SPRY HERMAN
FREUND & FAUL, LLC

BY: _____
John E. Freund, III, Esquire
Attorney ID #25390
Alyssa M. Hicks, Esquire
Attorney ID #325722
One West Broad Street, Suite 700
Bethlehem, PA 18018
Phone: (610)332-0390
*Attorneys for Defendant*

978346941.1