# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SA'RAYA HARDEN, | : | CIV. NO. 3:23-CV-01631 |
| Plaintiff, | : | |
| v. | : | (Magistrate Judge Schwab) |
| WEST SIDE CAREER AND TECHNOLOGY CENTER, *et al.*, | : | |
| Defendants. | : | |

## ORDER
October 20, 2025

Upon review of Defendant Principal Rava's concurred-in motion to withdraw (*doc. 60*) his motion for reconsideration (*doc. 54*), **IT IS ORDERED** that the motion to withdraw (*doc. 60*) is **GRANTED**.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge