## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SA'RAYA HARDEN, | : | CIV. NO. 3:23-CV-01631 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | (Magistrate Judge Schwab) |
| | : | |
| WEST SIDE CAREER AND | : | |
| TECHNOLOGY CENTER, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER
January 12, 2026

Given Defendant Principal Rava's pending appeal of our decision on his motion for summary judgment (*docs. 61, 63*) and noting that "[t]he filing of a notice of appeal . . . confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal," *Griggs v. Provident Consumer Discount Company*, 456 U.S. 56, 58 (1982), **IT IS ORDERED** that all case deadlines are **STAYED** until further order of the court.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge